# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Deborah J. Lesher aka Deborah Lesher     CHAPTER 13

<u>Debtor(s)</u>     BKY. NO. 17-13305 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S.Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM8 and index same on the master mailing list.

    Respectfully submitted,
**/s/ Kevin G. McDonald Esquire**
Rebecca A Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322