United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13305-amc
Deborah J. Lesher                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi              Page 1 of 1            Date Rcvd: Dec 20, 2019
                        Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
13947721       Bank of America,    P.O. Box 31785,    Tampa, Florida 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
        JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
      chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        JODI L. HAUSE    on behalf of Creditor    Bank of America, N.A. jodi.hause@phelanhallinan.com,
      paeb@fedphe.com
        JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
      jgildea@flblaw.com, ccharlton@flblaw.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
      bkecf@milsteadlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank
      National Association, as Indenture Trustee bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   HRONIS    on behalf of Debtor Deborah J. Lesher william.hronis@gmail.com,  hronis@rcn.com
                                                                                                                                           TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13305-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Deborah J. Lesher
40 North 39th Street
Allentown PA 18104

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: Bank of America, P.O. Box 31785, Tampa, Florida 33631-3785

Name and Address of Transferee:

Towd Point Mortgage Trust 2019-SJ3, et al
c/o Select Portfolio Servicing, Inc.
ATTN: Remittance Proccessing
PO BOX 65450
Salt Lake City, UT 84165-0450

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/22/19

Tim McGrath
**CLERK OF THE COURT**