United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-13305-pmm
Deborah J. Lesher                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 3                  Date Rcvd: Aug 07, 2020
                              Form ID: 138NEW          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.
```
db              +Deborah J. Lesher,    40 North 39th Street,    Allentown, PA 18104-5208
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +First Commonwealth Federal Credit Union,    P. O. Box 20450,    Lehigh Valley, PA 18002-0450
13915629        +Alliance One Receivables Management,    P.O. Box 1259,    Oaks, Pennsylvania 19456-1259
13961910         BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13915630         Bank of America,    P.O. Box 31785,    Tampa, Florida 33631-3785
13918657        +Bank of America, N.A.,    Milstead & Associates LLC,    1 East Stow Road,
                  Marlton, NJ 08053-3118
13918656        +Bank of America, N.A.,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd.,    Suite 1400,
                  Philadelphia, PA 19103-1814
13915631         Berkheimer,    P.O. Box 25153,    Lehigh Valley, Pennsylvania 18002-5153
13961696         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13947725        +Crest Savings Bank,    3301 Pacific Avenue,    Wildwood, New Jersey 08260-4823
13915634         First Commonwealth Federal Credit Union,    P.O. Box 20450,
                  Lehigh Valley, Pennsylvania 18002-0450
13947727        +Fitzpatrick Lentz & Bubba, P.C.,    P.O. Box 219,    Center Valley, Pennsylvania 18034-0219
13915635         Great Lakes,    P.O. Box 530229,    Atlanta, Georgia 30353-0229
13915636         Health Network Laboratories,    P.O. Box 8500,    Lockbox 9581,
                  Philadelphia, Pennsylvania 19178-8500
13915637       ++KLECKNER AUDIOLOGY LLC,    3131 COLLEGE HEIGHTS BOULEVARD,    ALLENTOWN PA 18104-4878
                (address filed with court:  Kleckner Audiology,     1259 South Cedar Crest Boulevard,    Suite 322,
                  Allentown, Pennsylvania 18103)
13915638        #Kohl's Payment Center,    P.O. Box 2983,    Milwaukee, Wisconsin 53201-2983
13915640         Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, Pennsylvania 19178-1733
13915639         Lehigh Valley Health Network,    P.O. Boz 781733,    Philadelphia, Pennsylvania 19178-1733
13915641        +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, Minnesota 55439-0846
13915643        +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
                  Philadelphia, Pennsylvania 19103-1814
13915644         Quest Diagnostics,    P.O. Box 740775,    Cincinnati, Ohio 45274-0775
13915645         Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, New York 11735-9100
13915647         Target Card Services,    P.O. Box 660170,    Dallas, Texas 75266-0170
14443211        +Towd Point Master Funding Trust 2019-PM8,    c/o Kevin G. McDonald, Esquire,
                  KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13974505         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13966636         Wells Fargo Financial National Bank,    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA    50306-0438
13915648         Wells Fargo Financial National Bank,    P.O. Box 660553,    Dallas, Texas 75266-0553
14124748        +William Hronis, Esquire,    609 West Hamilton Street,    Suite 18,    Allentown, PA 18101-2125
13915649         Young's Medical Equipment,    QMES, LLC Southern Region,    P.O. Box 71412,
                  Philadelphia, Pennsylvania 19176-1412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2020 04:10:31
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2020 04:10:57     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13989014        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 04:10:10     COMENITY CAPITAL BANK,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13915633        +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 04:07:53
                  Comenity Capital Bank c/o PayPal Credit,    P.O. Box 5138,    Timonium, Maryland 21094-5138
13915632         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 08 2020 04:06:52     Cardmember Services,
                  P.O. Box 15548,    Wilmington, Delaware 19886-5548
13915638         E-mail/Text: PBNCNotifications@peritusservices.com Aug 08 2020 04:10:00
                  Kohl's Payment Center,    P.O. Box 2983,    Milwaukee, Wisconsin 53201-2983
13916832        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2020 04:07:56
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13938709         E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 04:10:13
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14202413        +E-mail/Text: bncmail@w-legal.com Aug 08 2020 04:10:49     SYNCHRONY BANK,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13915646         E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 04:07:53     Synchrony Bank,    P.O. Box 960061,
                  Orlando, Florida 32896-0061
13916858        +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 04:07:52     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13989031        +E-mail/Text: bncmail@w-legal.com Aug 08 2020 04:10:49     TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-4          User: Randi                  Page 2 of 3                   Date Rcvd: Aug 07, 2020
                              Form ID: 138NEW              Total Noticed: 46


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14441998           E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2020 04:11:28
                    Towd Point Mortgage Trust 2019-SJ3, et al,    c/o Select Portfolio Servicing, Inc.,
                    ATTN: Remittance Proccessing,    PO BOX 65450,    Salt Lake City, UT 84165-0450
                                                                                             TOTAL: 13


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*               BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*              +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*              +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*              +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*               BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*               BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*               Bank of America, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*              +SYNCHRONY BANK,   c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                   Seattle, WA 98121-3132
cr*              +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13947720*        +Alliance One Receivables Management,    P.O. box 1259,    Oaks, Pennsylvania 19456-1259
13947721*         Bank of America,    P.O. Box 31785,    Tampa, Florida 33631-3785
14088539*        +Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13964827*         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13947722*         Berkheimer,   P.O. Box 25153,    Lehigh Valley, Pennsylvania 18002-5153
13947724*        +Comenity Capital Bank c/o PayPal Credit,    P.O. Box 5138,    Timonium, Maryland 21094-5138
13947726*         First Commonwealth Federal Credit Union,    P.O. Box 20450,
                   Lehigh Valley, Pennsylvania 18002-0450
13947728*         Great Lakes,    P.O. Box 530229,    Atlanta, Georgia 30353-0229
13947729*         Health Network Laboratories,    P.O. Box 8500,    Lockbox 9581,
                   Philadelphia, Pennsylvania 19178-8500
13947723*        ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                  (address filed with court: Cardmember Services,    P.O. Box 15548,
                   Wilmington, Delaware 19886-5548)
13947730*        ++KLECKNER AUDIOLOGY LLC,    3131 COLLEGE HEIGHTS BOULEVARD,    ALLENTOWN PA 18104-4878
                  (address filed with court: Kleckner Audiology,    1259 South Cedar Crest Boulevard,    Suite 322,
                   Allentown, Pennsylvania 18103)
13947731*         Kohl's Payment Center,    P.O. Box 2983,    Milwaukee, Wisconsin 53201-2983
13947733*         Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, Pennsylvania 19178-1733
13947732*         Lehigh Valley Health Network,    P.O. Boz 781733,    Philadelphia, Pennsylvania 19178-1733
13947734*        +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, Minnesota 55439-0846
13947735*         Penn Credit Corporation,    916 S. 14th Street,    P.O. Box 988,
                   Harrisburg, Pennsylvania 17108-0988
13947736*        +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
                   Philadelphia, Pennsylvania 19103-1814
13947737*         Quest Diagnostics,    P.O. Box 740775,    Cincinnati, Ohio 45274-0775
13947738*         Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, New York 11735-9100
13947739*         Synchrony Bank,    P.O. Box 960061,    Orlando, Florida 32896-0061
13947740*         Target Card Services,    P.O. Box 660170,    Dallas, Texas 75266-0170
13947741*         Wells Fargo Financial National Bank,    P.O. Box 660553,    Dallas, Texas 75266-0553
13947742*         Young's Medical Equipment,    QMES, LLC Southern Region,    P.O. Box 71412,
                   Philadelphia, Pennsylvania 19176-1412
13915642         ##Penn Credit Corporation,    916 S. 14th Street,    P.O. Box 988,
                   Harrisburg, Pennsylvania 17108-0988
                                                                                             TOTALS: 0, * 38, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4          User: Randi                 Page 3 of 3         Date Rcvd: Aug 07, 2020
                              Form ID: 138NEW             Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
              JODI L. HAUSE    on behalf of Creditor    Bank of America, N.A. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
               jgildea@flblaw.com,   ccharlton@flblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank
               National Association, as Indenture Trustee bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank
               National Association, as Indenture Trustee bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  HRONIS    on behalf of Debtor Deborah J. Lesher william.hronis@gmail.com,  hronis@rcn.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Deborah J. Lesher
       Debtor(s)

Bankruptcy No: 17−13305−pmm
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 8/7/20

79 − 78
Form 138_new