United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-13305-pmm
Deborah J. Lesher                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: admin              Page 1 of 2          Date Rcvd: Aug 28, 2020
                               Form ID: 3180W           Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.
```
db            +Deborah J. Lesher,    40 North 39th Street,    Allentown, PA 18104-5208
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13915634       First Commonwealth Federal Credit Union,    P.O. Box 20450,
               Lehigh Valley, Pennsylvania 18002-0450
13974505       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
14124748      +William Hronis, Esquire,    609 West Hamilton Street,    Suite 18,    Allentown, PA 18101-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2020 04:37:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2020 04:37:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13961910       EDI: BANKAMER.COM Aug 29 2020 08:28:00      BANK OF AMERICA, N.A.,    PO BOX 31785,
               Tampa, FL 33631-3785
13989014      +EDI: WFNNB.COM Aug 29 2020 08:28:00      COMENITY CAPITAL BANK,    C O WEINSTEIN & RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13961696       EDI: BL-BECKET.COM Aug 29 2020 08:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
13938709       EDI: Q3G.COM Aug 29 2020 08:28:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
14202413      +E-mail/Text: bncmail@w-legal.com Aug 29 2020 04:37:15      SYNCHRONY BANK,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13989031      +E-mail/Text: bncmail@w-legal.com Aug 29 2020 04:37:15      TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14441998       E-mail/Text: jennifer.chacon@spservicing.com Aug 29 2020 04:37:44
               Towd Point Mortgage Trust 2019-SJ3, et al,    c/o Select Portfolio Servicing, Inc.,
               ATTN: Remittance Proccessing,    PO BOX 65450,    Salt Lake City, UT 84165-0450
13966636       EDI: WFFC.COM Aug 29 2020 08:28:00      Wells Fargo Financial National Bank,
               Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA    50306-0438
                                                                                               TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13964827*        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
```
              ANDREW M. LUBIN    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
              JODI L. HAUSE    on behalf of Creditor    Bank of America, N.A. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              JOSHUA A. GILDEA    on behalf of Creditor    First Commonwealth Federal Credit Union
               jgildea@flblaw.com, ccharlton@flblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank
               National Association, as Indenture Trustee bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2020
                              Form ID: 3180W           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  HRONIS   on behalf of Debtor Deborah J. Lesher william.hronis@gmail.com,  hronis@rcn.com
        TOTAL: 13

| Information to identify the case: | |
|---|---|
| Debtor 1  **Deborah J. Lesher**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–9976**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **17–13305–pmm** | |

# Order of Discharge                                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Deborah J. Lesher
    aka Deborah Lesher

<u>8/27/20</u>                                                          **By the court:**      <u>Patricia M. Mayer</u>
                                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**